**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IBRAHIM DIA**

**v.**

**JL JAMISON,** *et al*.

**CIVIL ACTION**

**No. 26-1669**

## SCHEDULING ORDER

**AND NOW**, this 19th day of March, 2026, upon a petition by Ibrahim Dia for a writ of habeas corpus and the response thereto, it is hereby **ORDERED**:

1) Petitioner shall file a reply brief, if any, by noon on **March 23, 2026**.

2) A hearing on the petition will be held at the Byrne United States Courthouse, 601 Market Street in Philadelphia on **March 25, 2026 at 10 a.m.** in a courtroom to be noticed.

   a. If either party intends to enter documentary evidence not previously submitted, it shall be filed by **March 24, 2026 at 3 p.m.**

   b. If either party intends to enter testimony, a witness list and a brief proffer of the relevance of the testimony shall be filed by **March 24, 2026 at 3 p.m.**

   c. If the petitioner wishes to be present at the hearing, he shall file a motion for a writ for his presence and any interpretation needs by **March 20, 2026**.

**BY THE COURT:**

*s/ Catherine Henry*
**CATHERINE HENRY, J.**