# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IBRAHIM DIA**<br><br>v.<br><br>**JL JAMISON**, *et al*. | **CIVIL ACTION**<br><br>No. 26-1669 |

## ORDER

**AND NOW**, this 30th day of April, 2026, upon a petition by Ibrahim Dia for a writ of habeas corpus and the opposition thereto, it is hereby **ORDERED**:

1) For the reasons in the accompanying memorandum, the petition is **GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** petitioner from custody.

   a. Respondents **SHALL FILE** a certification of compliance with this Order by a filing on the docket on May 1, 2026, regarding Dia's custody status.

   b. Respondents **SHALL RETURN** to Dia immediately upon his release all personal belongings confiscated at or during detention, including identification documents. They may retain belongings or documents in their custody prior to his arrest.

   c. Respondents are **ENJOINED** from rearresting Dia based on the revocation of his supervision for a period of seven days after his release.

3) The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

*s/ Catherine Henry*
**CATHERINE HENRY, J.**